

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kyle Eugene Pollard, Appellant

No. 06-18-00084-CR       v.

The State of Texas, Appellee

Appeal from the 8th District Court of Delta County, Texas (Tr. Ct. No. 7221). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal for want of jurisdiction.

We further order that the appellant, Kyle Eugene Pollard, pay all costs of this appeal.

RENDERED JULY 3, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk